# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br>  Plaintiff,<br><br>v.<br><br>S. BABB, et al.,<br>  Defendants. | 1:18-cv-00467-LJO-BAM (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT KAREEM J. HOWELL, CDC# P-79828<br><br>DATE: February 28, 2019<br>TIME: 10:00 a.m.<br>LOCATION: 2500 Tulare Street, Fresno CA Courtroom 9 (SAB) |

KAREEM J. HOWELL, inmate, CDC #P-79828, a necessary and material witness for the Plaintiff in proceedings in this case on February 28, 2019, is confined at CSP-Corcoran, 4001 King Avenue, Corcoran, CA 93212, in the custody of the Warden/Sheriff. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #9, 6th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on February 28, 2019, at 10:00 a.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, along with any necessary property, to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: The Warden OR Sheriff of CSP-Corcoran**

**WE COMMAND** you to produce the inmate named above, along with any necessary property, to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: **January 31, 2019**   /s/ Barbara A. McAuliffe
                              UNITED STATES MAGISTRATE JUDGE

