# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>    Plaintiff,<br><br> v.<br><br>BABB, et al.,<br><br>    Defendants. | Case No.: 1:18-cv-00467-LJO-BAM (PC)<br><br>ORDER THAT INMATE KAREEM J. HOWELL IS NO LONGER NEEDED AS A WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

   Plaintiff Kareem J. Howell is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   A settlement conference in this matter commenced on February 28, 2019. Inmate Kareem J. Howell, CDCR #P-79828, is no longer needed by the Court as a witness in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **February 28, 2019**

                UNITED STATES MAGISTRATE JUDGE