# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| KAREEM J. HOWELL, | Case No. 1:18-cv-00467-LJO-BAM (PC) |
|---|---|
| Plaintiff, | ORDER REGARDING STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| v. | |
| S. BABB, et al., | (ECF No. 29) |
| Defendants. | |

Plaintiff Kareem J. Howell is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. On March 4, 2019, defense counsel filed a stipulation of voluntary dismissal with prejudice. (ECF No. 29.) The stipulation is signed and dated by Plaintiff and counsel for all Defendants who have appeared in this action. The stipulation further indicates that there is no prevailing party in this action and that each party shall bear its own costs and fees.

Accordingly, this action is terminated by operation of law without further order from the Court. Fed. R. Civ. P. 41(a)(1)(A)(ii). The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **March 5, 2019**     /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

1